FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAWNEY MARIE LAWSON

Defendant.

Case No.: ED13-0008M

ORDER OF DETENTION (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND/COMMUNITY TIES;
- UNKNOWN AVAILABLE BAIL RESOURCES;
- ALLEGATION OF ABSCONDING

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

______________________________________

______________________________________

______________________________________

______________________________________

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/10/13

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge